# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANCELL EUGENE HAMM,  :
**Plaintiff,**  :
:
v.  :  CIVIL ACTION NO. 19-CV-1697
:
DONALD J. TRUMP, *et al.,*  :
**Defendant.**  :

**FILED**

MAY 16 2019

ATE BARKMAN, Clerk
9;_____Dep. Clerk

## **ORDER**

AND NOW, this      day of May, 2019, upon consideration of Plaintiff Ancell Eugene

Hamm's Prisoner Trust Fund Account Statement (ECF No. 5), and his *pro se* Complaint (ECF

No. 2), it is **ORDERED** that:

1. Leave to proceed in forma pauperis is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Ancell Eugene Hamm, #AK-2165, shall pay the full filing fee of $350 in

installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court

directs the Superintendent of SCI Fayette or other appropriate official to assess an initial filing

fee of 20% of the greater of (a) the average monthly deposits to Hamm's inmate account; or (b)

the average monthly balance in Hamm's inmate account for the six-month period immediately

preceding the filing of this case. The Superintendent or other appropriate official shall calculate,

collect, and forward the initial payment assessed pursuant to this Order to the Court with a

reference to the docket number for this case. In each succeeding month when the amount in

Hamm's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate

official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Hamm's inmate account until the fees are paid. Each payment shall reference

the docket number for this case.

3. The Clerk of Court is directed to **SEND** a copy of this Order to the Superintendent of SCI Fayette.

4. The Complaint is **DEEMED** filed.

5. Hamm's Complaint is **DISMISSED with prejudice** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons stated in the Court's Memorandum.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**ROBERT F. KELLY, J.**